UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 1, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LEROY AMADEUS HOWELL, III, ) <br> ) <br> Defendant. ) | Case No. 2:09-MJ-00137 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LEROY AMADEUS HOWELL, III</u>, Case No. <u>2:09-MJ-00137 DAD</u>, Charge <u>Title 18 USC §§ 2256, 2252</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_ Release on Personal Recognizance

    \_ Bail Posted in the Sum of $_____

        \_ Unsecured Appearance Bond

        \_ Appearance Bond with 10% Deposit

        \_ Appearance Bond with Surety

        \_ Corporate Surety Bail Bond

    X (Other) <u>Pretrial Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 1, 2009</u> at <u>5:05</u> pm.

By    **GREGORY G. HOLLOWS**
            Gregory G. Hollows
            United States Magistrate Judge